FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

2015 JAN 12  A 10: 17

DISTRICT OF UTAH

| | |
|---|---|
| DEXTER PARIS DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> JUDGE BRUCE LUBECK et al., <br><br> Defendants. | **DISMISSAL ORDER & MEMORANDUM DECISION** <br><br> Case No. 2:13-CV-933 DS <br><br> District Judge David Sam |

    Plaintiff, Dexter Paris Davis, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2014), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an Order dated September 3, 2014, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. Plaintiff has yet to amend his complaint. In fact, the Court has not heard from him at all since October 1, 2014, when he sent the Court a letter that spoke of his hope to be released on November 18, 2014. Plaintiff has not followed up with a change of address.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute, *see* DUCivR 41-2.  This case is **CLOSED.**

DATED this 12ᵗʰ day of January, 2015.

BY THE COURT:

_____
JUDGE DAVID SAM
United States District Court